UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Grant Grandison

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -MAG-  13005

Defendant, Grant Grandison, hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

__X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Grant Grandison
_____
Print Defendant's Name

*/s/ Amy Gallicchio*
_____
Defendant's Counsel's Signature

Amy Gallicchio
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/07/2020
_____
Date

_____
U.S. Magistrate Judge