UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :

UNITED STATES OF AMERICA          :        1: 20-MAG-13005 - 1 (UA)

        -against-                         :        **ORDER**

GRANT GRANDISON,

        Defendant.
-------------------------------------------------------------X

Sarah Netburn, United States Magistrate Judge:

    It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

- Drug testing and treatment as directed by Pretrial Services

Dated: New York, New York
         December _8_, 2020

_____
Sarah Netburn
United States Magistrate Judge